Fla. 446, 18 Sou. 791; West v. Granger, 46 Fla. 257, 35 Sou. 91.

For the reason stated the judgment was excessive.

If the plaintiff shall within thirty days after the filing of the mandate herein in the lower court enter a remittitur of an amount sufficient to reduce the judgment herein to the sum of $390.47 as of the date of its rendition with interest thereon from February 10, 1928 at 8%, the judgment for such sum remaining after such remittitur is entered shall stand affirmed. Otherwise, the judgment will be reversed. It is so ordered.

Affirmed, conditioned on remittitur.

WHITFIELD, ELLIS, TERRELL AND DAVIS, J.J., concur.

BROWN, J. (Dissenting in part) :—I do not think the agreement was, even as to the debt already due, unenforceable by reason of the statute of frauds. See Croft v. Kendrick, 39 Fla. 90, 21 So. 803; Harvey v. Bank of Center Hill, 83 Fla. 55, 90 So. 699.

---

A. F. DECHMAN, and W. W. HODGES, *Appellants*, vs. ACOLA HIGGINBOTHAM, joined by her husband, GEORGE S. HIGGINBOTHAM, *Appellees.*

136 So. 232.

Division A.

Decision filed June 20, 1931.

*W. C. Kent,* for Appellants;

*A. D. McNeill,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the Decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said Decree; it is,

therefore, considered, ordered and adjudged by the Court that the said Decree of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD, TERRELL, BROWN AND DAVIS, J.J., concur.

ELLIS, J., dissents.

A. F. DECHMAN and W. W. HODGES, *Appellants*, vs. GEORGE S. HIGGINBOTHAM, *Appellee*

136 So. 232.

Division A.

Decision filed June 20, 1931.

*W. C. Kent, for Appellants;*
*A. D. McNeill, for Appellee.*

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the Decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said Decree; it is, therefore, considered, ordered and adjudged by the Court that the said Decree of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD, TERRELL, BROWN AND DAVIS, J.J., concur.

ELLIS, J., dissents.

CITY OF JACKSONVILLE, a municipal corporation, JACKSONVILLE TERMINAL COMPANY, a corporation, *Appellants*, vs. N. B. GILLER and CHARLES GILLER, *Appellees*.

135 So. 549.

Division B.

Opinion filed June 23, 1931.